United States Court of Appeals,

Eleventh Circuit.

No. 95-8821.

Larry Grant LONCHAR, Petitioner-Appellee,

v.

Tony TURPIN, Warden, Georgia Diagnostic and Classification Center, Respondent-Appellant.

May 16, 1996.

Appeal from the United States District Court for the Northern District of Georgia (No. 1:95-CV-1656-JTC), Jack T. Camp, Judge.

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

May 16, 1996.

Before TJOFLAT, Chief Judge, and COX and DUBINA, Circuit Judges.

Prior report: --- U.S. ----, 116 S.Ct. 1293, 134 L.Ed.2d 440.

BY THE COURT:

This case is before us on remand from the Supreme Court following a ruling and judgment vacating the judgment of this court. It is ordered that the case is remanded to the district court for further proceedings consistent with the Supreme Court's opinion.